IRVING NATIONAL BANK, NEW YORK, Respondent, v. MAX SALMOWITZ and Others, Defendants, Impleaded with SAMUEL SALMOWITZ and Another, Appel-

lants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.